UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
ANDREW BELL and DEAD ZEBRA, INC,

          *Plaintiffs*,

-against-

THE HERSHEY CO.; HERSHEY CHOCOLATE
AND CONFECTIONARY LLC.

          *Defendants*.
---------------------------------------------------------------X

Civil Action No. 1:20-cv-03331 (AMD)

**NOTICE OF DISMISSAL**

      PLEASE TAKE NOTICE that plaintiffs Andrew Bell and Dead Zebra, Inc. hereby dismiss this action against all defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: New York, New York
       October 14, 2020

                                    ROTTENBERG LIPMAN RICH, P.C.

                                    By: /s/Richard E, Rosberger
                                    Richard E. Rosberger
                                    The Helmsley Building
                                    230 Park Avenue, 18th Floor
                                    New York, New York 10169
                                    (212) 661-3080
                                    *Attorneys for Plaintiffs Andrew Bell and*
                                        *Dead Zebra, Inc.*